UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

CUSTOM ANESTHESIA SERVICES, P.C.,
INNOVATIVE ANESTHESIA SOLUTION, P.C. and
RICKY ZEGELSTEIN, M.D.,

                Plaintiffs,

v.

THE GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA,

                Defendant.

11-CV-07242-PAE

**STIPULATION OF DISMISSAL**

---

        IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned attorneys for all the parties hereto, that this action is hereby dismissed in its entirety, with prejudice and without costs to any party.

DATED: ~~February~~ March 19, 2012

SANTUCCI & ASSOCIATES

By: _____
Robert A. Santucci – 6496
Attorneys for Plaintiffs
110 Wall Street, 11th Floor
New York, New York 10005-3817
(212) 709-8357

PHILLIPS LYTLE LLP

By: _____
Paul K. Stecker
Suite 3400, One HSBC Center
Buffalo, New York 14203
(716) 847-8400
pstecker@phillipslytle.com

and

Anna R. Mercado
Phillips Lytle LLP
437 Madison Avenue, 34th Floor
New York, New York 10022
(212) 759-4888
amercado@phillipslytle.com

Attorneys for Defendant

SO ORDERED: 3/19/12

_____
U.S.D.J.  Paul A. Engelmayer

FFFtl/Doc # 01-2558651.1